UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHU CHINSAMI,<br><br>    Plaintiff,<br><br>    v.<br><br>JARED LOZANO, et al.,<br><br>    Defendants. | No.  2:21-cv-01056-TLN-DB<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 4, 2021, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  (ECF No. 13.)  Plaintiff has filed objections to the findings and recommendations.  (ECF No. 14.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 4, 2021, (ECF No. 13), are adopted in full;

2. The motion to proceed in forma pauperis (ECF No. 3) is denied as moot; and

3. The complaint (ECF No. 7) is dismissed without leave to amend.

**DATE:  November 29, 2021**

Troy L. Nunley
United States District Judge

2